UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CODY JAMES FREER,<br><br>　　　　　　Defendant. | Case No. 2:12-cr-00166-BLW<br><br>**REPORT AND RECOMMENDATION** |

On October 17, 2012, Defendant Cody James Freer appeared before the undersigned United States Magistrate Judge to enter a plea of guilty. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, his constitutional rights, and the impact that the Sentencing Guidelines will have.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a presentence investigation to be conducted and a report prepared by the United States Probation Office.

**REPORT AND RECOMMENDATION - 1**

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)   The District Court accept Defendant Cody James Freer's plea of guilty to Count One of the Indictment. (Dkt. 1.)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: Oct. 17, 2012.

_____
CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE